An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FERRILL JOSEPH VOLPICELLI,
                    Appellant,
            vs.
NEVADA DEPARTMENT OF
CORRECTIONS,
                    Respondent.

No. 67133

FILED

AUG 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order dismissing an appeal from a justice court judgment. Eleventh Judicial District Court, Pershing County; Michael Montero, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Appellant's case arose in justice court. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (holding that district court has final appellate jurisdiction in cases arising in the justice's court). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-24902

cc: Hon. Michael Montero, District Judge
Ferrill Joseph Volpicelli
Attorney General/Carson City
Pershing County Clerk

Supreme Court
of
Nevada

(O) 1947A